# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 13, 2019

### NO. 03-18-00014-CV

**Edward John Murphy and Sytha Kay Murphy, Appellants**

**v.**

**Daniel Renteria and Amy Lynn Murphy, Appellees**

**APPEAL FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the order adjudicating parentage signed by the trial court on September 27, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order adjudicating parentage. Therefore, the Court affirms the trial court's order adjudicating parentage. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.